Form B1 (Official Form 1) - (Rev. 1/08)                                    2008 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br><br>Closet Dimensions, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, ano trade names):<br>Closet World | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): 94-3326888 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br><br>23768 Eichler St. Unit A<br>Hayward, CA<br>ZIP CODE 94545 | Street Address of Joint Debtor (No. & Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Los Angeles County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>3860 Capitol Ave.<br><br>Whittier, CA<br>ZIP CODE 90601 | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor (Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed<br>(Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this* form<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (if debtor is not one of the above entities, check this box and state type of entity below) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other<br>    Home Improvement | ☐ Chapter 7    ☒ Chapter 11    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9    ☐ Chapter 12        of a Foreign Main Proceeding<br>            ☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>                    of a Foreign Nonmain Proceeding |

| | Tax-Exempt Entity<br>(Check one box, if applicable)<br><br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | Nature of Debts<br>(Check one box.)<br><br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."    ☒ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101 (51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>---------------------------------------------------------------------------------<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b) |

| Statistical/Administrative Information | THIS SPACE FOR<br>COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Form B1 (Official Form 1) (Rev. 1/08)                                     2008 USBC, Central District of California

## Voluntary Petition
*(This page must be completed and filed in every case.)*

**Name of Debtor(s):** Closet Dimensions, Inc.

FORM B1, Page 2

| | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | | |
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.)**

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)        Date |

| **Exhibit C** | **Exhibit D** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br>☒  No | (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

**Information Regarding the Debtor – Venue**
*(Check any applicable box)*

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification (11 U.S.C. § 362(l)).

Form B1 (Official Form 1) (Rev. 1/08)                                              2008 USBC, Central District of California

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Closet Dimensions, Inc. | FORM B1, Page 3 |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of Attorney

X *Christopher S. [signature]*
Signature of Attorney for Debtor(s)
Christopher S. Reeder
Printed Name of Attorney for Debtor(s)
Reeder, Lu & Green LLP
Firm Name
2121 Avenue of the Stars
Address
Suite 950

(310) 270-9300
Telephone Number

3/17/10                     193041
Date                        Bar Number

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signature]*
Signature of Authorized Individual
Gerard A. Thompson
Printed Name of Authorized Individual
Senior Vice President & CFO
Title of Authorized Individual
March 17, 2010
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Christopher S. Reeder, Esq. (SBN 193041)<br>Reeder, Lu & Green LLP<br>2121 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067 (310) 270-9300<br><br>☒ *Attorney for:* Closet Dimensions, Inc. | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

</div>

| In re:<br>    CLOSET DIMENSIONS, INC.<br><br><div align="right">Debtor(s).</div> | CASE NO.:<br><br>CHAPTER: 11<br><br>ADV. NO.: |
|---|---|

<div align="center">

**ELECTRONIC FILING DECLARATION**
**(CORPORATION/PARTNERSHIP)**

</div>

☒  Petition, statement of affairs, schedules or lists          Date Filed: <u>March 17, 2010</u>
☐  Amendments to the petition, statement of affairs, schedules or lists    Date Filed: _____
☐  Other: _____    Date Filed: _____

**PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY**

   I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

<u>[signature]</u>                               Date <u>3/17/2010</u>
Signature of Authorized Signatory of Filing Party

Gerard A. Thompson
Printed Name of Authorized Signatory of Filing Party

Senior Vice President and CFO
Title of Authorized Signatory of Filing Party

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

   I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

<u>[signature]</u>                               Date <u>3/17/10</u>
Signature of Attorney for Filing Party

Christopher S. Reeder
Printed Name of Attorney for Filing Party

<div align="center">This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.</div>

November 2006

**UNANIMOUS WRITTEN CONSENT
OF DIRECTORS OF
CLOSET DIMENSIONS, INC.**

The undersigned members of the Board of Directors ("Board") of Closet Dimensions, Inc. (the "Company"), being all of the Directors of the Company, hereby adopt the following resolutions by unanimous written consent, as authorized by applicable law and the By-Laws of the Company:

**WHEREAS**, the Board has determined that it is in the best interests of the Company, its creditors, shareholders and other interested parties for the Company to file a voluntary petition for relief, under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), commencing a case (the "Bankruptcy Case") under the Bankruptcy Code; therefore, it is:

**RESOLVED**, that the Company be, and hereby is, authorized to file a petition for relief under chapter 11 in the Bankruptcy Case, and the law firm of Reeder, Lu & Green, LLP is authorized to file the petition on behalf of the company; and it is

**RESOLVED**, that the Company be, and hereby is, authorized to employ the law firm of Peitzman, Weg & Kempinsky LLP, or such other firm as may be appropriate, to represent the Company as bankruptcy counsel in the Bankruptcy Case for the Company and Reeder, Lu & Green, LLP as special counsel for specified matters; and it is

**RESOLVED**, that each of the officers of the Company, including Frank Melkonian, Chief Executive Officer, Gerard A. Thompson, Chief Financial Officer, and Alex Jivalagian, vice president of operations, are hereby authorized to:

a.   Execute and file all schedules, lists, statements and other papers and to take any and all action that he deems necessary, proper or desirable in connection with the Bankruptcy Case for the Company with view toward the successful completion of the Bankruptcy Case; and

b.   Take all actions, including, without limitation, the retention of counsel, accountants and such other professional persons on such terms and conditions as may be necessary or appropriate, and to exercise all rights, claims, remedies, privileges, and to perform all duties and obligations, as the Company may have as a debtor under chapter 11 of the Bankruptcy Code and related rules, and to execute and deliver all instruments, petitions, agreements, certificates and documents in connection therewith, in the name of and on behalf of the Company, as in his judgment may be necessary or appropriate to carry out the intent and to accomplish the purpose of these resolutions.

Dated: March 17, 2010

By: _7 M/M_

Name: _FRANK MELKONIAN_

1

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Christopher S. Reeder, Esq. (SBN 193041)<br>Reeder, Lu & Green LLP<br>2121 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067<br>(310) 270-9300<br><br>☑ Attorney for: Closet Dimensions, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Closet Dimensions, Inc.<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br>Defendant(s). | CASE NO.:<br><br>ADV. NO.:<br><br>CHAPTER: 11 |
|---|---|

## Corporate Ownership Statement Pursuant to
## FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, ___Gerard A. Thompson_____, the undersigned in the above-captioned case, hereby declare
<span style="font-size:smaller">(Print Name of Attorney or Declarant)</span>

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.     I have personal knowledge of the matters set forth in this Statement because:

    ☑  I am the president or other officer or an authorized agent of the debtor corporation
    ☐  I am a party to an adversary proceeding
    ☐  I am a party to a contested matter
    ☐  I am the attorney for the debtor corporation

2. a.  ☑  The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    *[For additional names, attach an addendum to this form.]*

    Home Organizers Inc.

b.  ☐  There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____     ___3/17/2010___
Signature of Attorney or Declarant     Date

___Gerard A. Thompson_____
Printed Name of Attorney or Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2009                                                                                            **F 1007-4**

1  Christopher S. Reeder (State Bar No. 193041)
   REEDER, LU & GREEN LLP
2  2121 Avenue of the Stars, Suite 950
   Los Angeles, CA 90067
3  Telephone: (310) 270-9300

4  Proposed Counsel to Closet Dimensions, Inc.

5              UNITED STATES BANKRUPTCY COURT

6              CENTRAL DISTRICT OF CALIFORNIA

7                  LOS ANGELES DIVISION

   In re:                                    Case No.:
8
   CLOSET DIMENSIONS, INC., a California      Chapter 11
9  corporation,

10                                            LIST OF CREDITORS HOLDING 20
                          Debtor.            LARGEST UNSECURED CLAIMS
11                                            PURSUANT TO FEDERAL RULE OF
                                             BANKRUPTCY PROCEDURE 1007(D);
12                                            DECLARATION OF GERARD A.
                                             THOMPSON
13

14
         The above-captioned debtor (the "Debtor"), hereby submits the attached List of Creditors
15
   Holding 20 Largest Unsecured Claims Pursuant to Federal Rule of Bankruptcy Procedure 1007(d) (the
16
   "List"). The List does not include (1) persons who come within the definition of "insider" set forth in
17
   11 U.S.C. § 101(31), or (2) secured creditors, unless the value of the collateral is such that the
18
   unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. The
19
   List also does not include customers who have pre-paid for products and/or services from the Debtor
20
   or who may have warranty claims against the Debtor or current employees with priority claims under
21
   11 U.S.C. § 507(a)(4), as the Debtor intends to satisfy such claims in the ordinary course of its
22
   business, subject to approval by the Court.
23
         The list was prepared by the Debtor based upon the ongoing review of its books and records.
24
   The List, therefore, is subject to amendment if additional information becomes known as a result of
25
   the ongoing review of the books and records.
26

27

28

                                              1

1    Dated: March 17, 2010            REEDER, LU & GREEN LLP

2

3                           By: _____

4                              Christopher S. Reeder

                              Proposed Counsel for Closet Dimensions, Inc.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## DECLARATION OF GERARD A. THOMPSON

2
    I, Gerard A. Thompson, declare as follows:

3
    1.    I am the Senior Vice President and Chief Financial Officer of the Debtor in the

4
above-captioned matter.  The attached List of Creditors Holding 20 Largest Unsecured Claims (the

5
"List") is true and correct to the best of my information and belief based upon my review of the

6
Debtor's books and records.  If additional information becomes known as a result of the ongoing

7
review of the Debtor's books and records, the List will be promptly amended.

8
    I declare under penalty of perjury under the laws of the United States of America that the

9
foregoing is true and correct.

10
    Executed this __ day of March 2010 at Whittier, California.

11

12

13
Gerard A. Thompson
Senior Vice President and CFO

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

## CLOSET DIMENSIONS, INC.
### 20 Largest Unsecured Claims

| (1) Name of creditor & mailing address | (2) Name, telephone & address of contact | (3) Nature of claim | (4) Indicate if contingent, unliquidated, disputed, subject to set off | (5) Amount |
|---|---|---|---|---|
| Action Marketing, LLC 5301 Beethoven Unit 295 Los Angeles, CA 90066 | Action Marketing, LLC 5301 Beethoven Unit 295 Los Angeles, CA 90066 | Vendor | | $1,000.00 |
| Penny Saver | Penny Saver | Vendor | | $57,148.32 |
| Roly's Trucking 13645 Live Oak Lane Irwindale, CA 91706 | Roly's Trucking 13645 Live Oak Lane Irwindale, CA 91706 | Vendor | | $6,870.15 |
| Standard Saw Works, Inc. 181 10th Street Oakland, CA 94607 | Standard Saw Works, Inc. 181 10th Street Oakland, CA 94607 | Vendor | | $153.20 |
| Town & Country 2570 San Ramon Valley Blvd Suite A102 San Ramon, CA 94583 | Town & Country 2570 San Ramon Valley Blvd Suite A102 San Ramon, CA 94583 | Vendor | | $490.00 |
| Tom Unthank 2807 Purissima Creek Rd Half Moon Bay, CA 94019 | Tom Unthank 2807 Purissima Creek Rd Half Moon Bay, CA 94019 | Vendor | | $263.76 |
| City of Belmont PO Box 9003 Redwood City, CA 94065-9003 | City of Belmont PO Box 9003 Redwood City, CA 94065-9003 | Vendor | | $184.00 |

## CLOSET DIMENSIONS, INC.
### 20 Largest Unsecured Claims

| | Vendor | | $887.82 |
|---|---|---|---|
| Enterprise Rent a Car Oakland<br>PO Box 402383<br>Atlanta, GA 30384-2383 | Enterprise Rent a Car Oakland<br>PO Box 402383<br>Atlanta, GA 30384-2383 | | |
| PG Telecom Holding Inc.<br>30251 Golden Lantern Ste E<br>PMB 508<br>Laguna Niguel, CA 92677 | Vendor | | $406.56 |
| | PG Telecom Holding Inc.<br>30251 Golden Lantern Ste E<br>PMB 508<br>Laguna Niguel, CA 92677 | | |
| Prudential Overall Supply<br>PO Box 11210<br>Santa Ana, CA 92711-1210 | Vendor | | $239.01 |
| | Prudential Overall Supply<br>PO Box 11210<br>Santa Ana, CA 92711-1210 | | |

Verification of Creditor Mailing List - (Rev. 10/05)                    2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name ___ Christopher S. Reeder _____

Address ___ Reeder Lu & Green LLP
2121 Avenue of the Stars Ste. 950
Los Angeles, CA 90067 _____

Telephone ___ (310) 270-9300 _____

☒ Attorney for Debtor(s)     Closet Dimensions, Inc.
☐ Debtor in Pro Per

---

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names used by Debtor(s) within last 8 years): | Case No.: |
| | Chapter: 11 |

---

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __2__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: ___ March 17, 2010 _____     _____
                                          *Debtor*

___ /s/ Christopher S. Reeder _____     _____
*Attorney (if applicable)*                    *Joint Debtor*

Closet Dimensions Inc
3860 Capitol Ave
Whittier, CA 90601-1733


Reeder Lu & Green LLP
2121 Avenue of the Stars
Suite 950
Los Angeles, CA 90067


Office of the United States Trustee
725 S Figueroa Street
Suite 2600
Los Angeles, CA 90017

Action Marketing LLC
5301 Beethoven
Unit 295
Los Angeles, CA 90066

Airgas NCN
PO Box 7425
Pasadena, CA
91109-7425

Shari Arati
300 Bonnie Ln
Hollister, CA 95023

Arrowhead
PO Box 856158
Louisville, KY 40285-6158

Amber Baran
5154 Genovesio Drive
Pleasanton, CA 94588

AT&T Payment Center
Sacramento, CA 95887-0001

Alexandra Barnes
529 Buena Vista Ave
Apt 309
Alamda, CA 94501


Janice Belmessier
2261 Houston Ave
Stockton, CA 95206


Oscar Bibiano
1125 82nd Ave
Oakland, CA 94621


Nanette Bisher
2185 Bush Street
Unit 212
San Francisco, CA 94115


Lee Boren III
40922 Lincoln St
Unit 5
Fremont, CA 94538


Joyce Brooks
1519 James Ave
Redwood City, CA 94063

Joanie Burriesci
2142 Walnut Grove Ave
San Jose, CA 95128


Rigoberto Cardenas
4 Newell Ct
Unit 4211
Palo Alto, CA 94303


Suzanne Carey
108 Hopeco Rd
Pleasant Hill, CA 94523


Felipe Carrazco
829 Sunset Blvd
Hayward, CA 94541


Cuauhtemoc Castellanos
1339 Sevier Ave
Menlo Park, CA 94025


Caren Celaya
2272 Monitor Court
San Jose, CA 95125

Jovanka Chenica Stojakovic
1227 Sycamore Ct
Gilroy, CA 95020


Janet Christian
316 Oakland Ave
Unit 5
Oakland, CA 94611


City Of Belmont
PO Box 9003
Redwood City, CA 94065-9003


Dorian Cook
120 E St
Redwood City, CA 94063


Rebecca Crowder
23820 South Ave
Corning, CA 96021


Laurinda Crowe
2160 Bluerock Cir
Concord, CA 94521

Cypress Insurance Company
PO Box 881236
San Francisco, CA 94188


Ronald Dollinger
55 Cora Ct
Walnut Creek, CA 94597


Justin Duke
1601 Ashford Drive
Roseville, CA 95661


Jennifer Ehee
460 Boundary Oak Way
Walnut Creek, CA 94598


Enterprise Holdings Inc
PO Box 402383
Atlanta, GA 30384-2383


Enterprise Rent a Car Oakland
Attn Accts Receivable
PO Box 1617
San Ramon, CA 94583-6617

Nicole Gallizioli
21900 Stagecoach Rd
Los Gatos, CA 95033


Roberto Garcia Cornelio
319 Berry Ave
Hayward, CA 94544


Cuauhtemo Garcia Gutierrez


Leopoldo Garcia Torres
22966 Fuller Ave
Hayward, CA 94541


Michelle Garrigan
601 Orange Ct
Brentwood, CA 94513


Gloria Gibson
1900 Oakdale Road
Unit 53
Modesto, CA 95355

Golden State Overnight
PO Box 2508
Alameda, CA 94501


Jenny Goudeau
800 Micro Ct
Unit 602
Roseville, CA 95678


Kathy Gouveia
4028 Eastwood Village Lane
Carmichael, CA 95608


Grazyna Hagen
18322 Carlwyn Dr
Castro Valley, CA 94546


care of UBS Realty Investors LLC
Attn Hayward Industrial Park Associates
455 Market Street Ste 1540
San Francisco, CA 94105


Susan Iacovides
29 Fairlawn Dr
Berkley, CA 94708

Eric Jack
3461 Nortan Way
Apt 1
San Jose, CA 95116


Gaile Koester
156 Preston Drive
Montain View, CA 94040


Rebecca Ladensack
2582 Fox Circle
Walnut Creek, CA 94596


Gilbert Lee
PO Box 4044
Foster City, CA 94404


Agnes Leibretch
137 Belle Meade Pl
San Ramon, CA 94583


Clifford Little
911 Norman Dr
Manteca, CA 95336

M and I Equipment Finance Co
250 East Wisconson Avenue
Suite 1400
Milwaukee, WI 53202-4219


Adalber Santiago Maldonado
27575 Coronado Way
Hayward, CA 94545


Sergio Maldonado
1137 Walpert St
Unit 89
Hayward, CA 94541


Valerie Marco
37 Mountain View Ave
San Jose, CA 95127


Ralph Martinez
626 Turnhouse Ct
Brentwood, CA 94513


Raul Martinez
463 Wooster Ave
Unit E16
San Jose, CA 95116

Adele Matthews
1024 Hill Meadow Place
Danville, CA 94526


Lucinda McCalla
1512 37th St
Sacramento, CA 95816


Rodolfo Medina


Zacharias Morrison
135 E Reed Street
San Jose, CA 95112


Daniel Myers
51 Delta Terrace
Fremont, CA 94538


Oil Changers
4511 Willow Road
Suite 1
Pleasanton, CA  94588

Heidi Ostaszewski
7825 Willowcrest Way
Fair Oaks, CA 95628


PG Telecom Holding Inc
30251 Golden Lantern Ste E
PMB 508
Laguna Niguel,  CA 92677


Joseph Paulson


Raul Perez
27797 Miami Ave
Hayward, CA 94545


David Pettis
2119 Arthur Ave
Apt 2
Belmont, CA 94002


Elias Pompa
2149 Monroe St Apt 1
Santa Clara, CA 95050

Prudential Overall Supply
PO Box 11210
Santa Ana, CA 92711-1210


Redwood Fire and Cas Ins Co
751 Daily Drive Ste 230
Camarillo, CA 93010


Raul Rico Jr
8855 San Leandro St
Oakland, CA 94621


Michelle Rigdon
8 Crolona Heights Dr
Crockett, CA 94525


Apolinar Robles
891 Cly Ave
Santa Clara, CA 95050


Luis Robolledo
2345 Codley
Unit 8
E Palo Alto, CA 94303

Deborah Roche
56 Stonetree Lane
Novato, CA 94945


Jose Rodriguez
20985 Royal Ave
Hayward, CA 94541


Rosanna Rodriguez
33628 14th St
Union City, CA 94587


Carlos Rojas
926 E 17th St
Unit 4
Oakland, CA 94606


Rolys Trucking Inc
13645 Live Oak Lane
Irwindale, CA 91706


San Ramon Tow
PO Box 1606
San Ramon, CA 94583

Penny Saver


Debra Schrader
7616 Zephyr Hills Way
Antelope, CA 95843


Randy Sears
32524 Endeavour Way
Union City, CA 94587


Randee Shapiro
1878 Warmlands Ave
Vista, CA 92084


Adrian Silva Jimenez
1339 Sevier Ave
Menlo Park, CA 94025


William Simonson
3405 Collin Court
Fremont, CA 94536


Standard Saw Works Inc
181 10th Street
Oakland, CA 94607

Iping Stark
307 Oak Creek Blvd
Scotts Valley, CA 95066


Walter Strobel
1621 Warburtin Ave
Unit 6
Santa Clara, CA 95050


George Thanos
1666 Country Wood Lane
Tracy, CA 95376


Elizabeth Thompson
327 Austin Street
San Francisco, CA 94109


Claudia Tortorella
3513 Oak Dr
Menlo Park, CA 94025


Town & Country
2570 San Ramon Valley Blvd
Suite A102
San Ramon, CA 94583

Michelle Trinidad
180 Elm Court
Apt 1712
Sunnyvale, CA 94086


Olivia Trouard
1711 Beyin Brook Dr
San Jose, CA 95112


Tom Unthank
2807 Purissima Creek Rd
Half Moon Bay, CA 94019


Fabienne Van Eyck
36163 Fremon Blvd
Unit 24
Fremont, CA 94536


Sheila Moore Velasco
667 Alamo Dr
San Jose, CA 95123


Lisa Vradenburg
250 Aromas Rd
Aromas, CA 95004

Carolyn Woodard
2582 Oak Rd
Unit 116
Walnut Creek, CA 94597


Woodmont Real Estate Services
Attn Hayward Indstrial Pk Prop Mngr
1050 Ralston Avenue
Belmont, CA 94002


Shiau Mei Wu
37816 Appletreet Ct
Fremont, CA 94536


Daniel Young
5710 Shannon Bay Dr
Rocklin, CA 95677